Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV, 89521
(775) 786-6664

1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                                    DISTRICT OF NEVADA

9                                           * * *

HUSSEIN S. HUSSEIN,
10   an individual,

11          Plaintiff,                          CASE NO. 3:07-cv-00056-LRH-VPC

12   vs.
                                               STIPULATION FOR ENLARGEMENT
13   ADELE ERSEK, an indi-                     OF TIME; ORDER
     vidual, RAMONA LASLO,
14   an individual,  HYUNGCHUL
     HAN, an individual, DAVID
15   THAWLEY, an individual,
     RON PARDINI, an
16   individual, ESMAIL
     ZANJANI, an individual,
17
            Defendants.
18   _____/

19          The parties hereby stipulate and agree that Plaintiff may and should have an additional

20   fourteen (14) days to respond to the State Defendants' Motion for Judgment on the Pleadings,

21   from its current due date of August 19, 2008 (Docket 49) to and including September 2, 2008

22   (September 1, 2008 is a holiday). Additional time is needed due to Mr. Dickerson's trial before

23   this Court the week of August 11, 2008, preparing the week before, and on vacation from July

24   ///

25   ///

26   ///

27   ///

28   ///

1   19, 2008 to August 4, 2008.

2       Additionally, the moving papers are hundreds of pages in length, including exhibits.

3   DATED _5/18/08_                           DATED _8/18/08_

4   LAW OFFICE OF                             NEVADA SYSTEM OF
    JEFFREY A. DICKERSON                      HIGHER EDUCATION

5

6   _____                _____
    JEFFREY A. DICKERSON                      CHARLES HILSABECK

7                                             Assistant General Counsel

8

9                                ORDER

10      IT IS SO ORDERED.

11      DATED:  August 26, 2008.

12

13

14                                  _____

15                                  LARRY R. HICKS
                                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

JAD/kdd/hussein ersek/enlarge st JOP opp              2

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV, 89521
(775) 786-6664