Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HUSSEIN S. HUSSEIN, an individual,

    Plaintiff,

vs.

ADELE ERSEK, an individual, RAMONA LASLO, an individual, HYUNGCHUL HAN, an individual, DAVID THAWLEY, an individual, RON PARDINI, an individual, ESMAIL ZANJANI, an individual,

    Defendants.

CASE NO. 3:07-cv-00056-LRH-VPC

STIPULATION FOR ENLARGEMENT OF TIME (SECOND REQUEST) AND ORDER

The parties hereby stipulate and agree that Plaintiff may and should have an additional fourteen (14) days to respond to the State Defendants' Motion for Judgment on the Pleadings, from its current due date of September 2, 2008 to and including September 16, 2008. The moving papers are hundreds of pages in length, including exhibits. It is taking longer than expected, even working the Saturday of Labor Day weekend.

DATED 9/2/08

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON

DATED 9/2/08

NEVADA SYSTEM OF
HIGHER EDUCATION

_____
CHARLES HILSABECK
Assistant General Counsel

JAD/kdd/hussein ersek/enlarge st JOP opp

1

## ORDER

IT IS SO ORDERED.

DATED this 3rd day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664