UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HUSSEIN S. HUSSEIN, an individual,

    Plaintiff,

vs.

ADELE ERSEK, an individual, RAMONA LASLO, an individual, HYUNGCHUL HAN, an individual, DAVID THAWLEY, an individual, RON PARDINI, an individual, ESMAIL ZANJANI, an individual,

    Defendants.

CASE NO. 3:07-cv-00056-LRH-VPC

STIPULATION FOR ENLARGEMENT OF TIME (FOURTH AND LAST REQUEST) ; ORDER

The parties hereby stipulate and agree that Plaintiff may and should have an additional two weeks to respond to the State Defendants' Motion for Judgment on the Pleadings, from its current due date of October 16, 2008 to and including October 30, 2008. This is

///
///
///
///
///
///

1  ///
2  based upon the difficulty in completing the opposition, and the need for additional time to
3  conduct further legal research to conclude the legal analysis.
4  DATED 10/16/08                                   DATED 10/16/08
5  LAW OFFICE OF                                    NEVADA SYSTEM OF
   JEFFREY A. DICKERSON                             HIGHER EDUCATION
6
7  _____                   _____
   JEFFREY A. DICKERSON                             CHARLES HILSABECK
8                                                   Assistant General Counsel
9
10                                ORDER
11     IT IS SO ORDERED.
12     DATED this 17th day of October, 2008.
13
14
15                                _____
                                  LARRY R. HICKS
16                                UNITED STATES DISTRICT JUDGE