UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:07-CV-0056-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 8, 2010 |
| | ) | |
| ADELE ERSEK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On November 26, 2009, plaintiff filed a motion styled as a "non-discovery emergency motion for an order disqualifying defense counsel and any counsel employed or contracted by the State of Nevada from representation of the defendants in this case, for review and instructions on whether amendment of plaintiff's amended complaint is warranted, for protective order, and for sanctions" (#137). On November 27, 2009, defendants filed a notice regarding plaintiff's motion (#138), and this Court issued an order staying briefing of this motion until further order of this court (#143).

Pursuant to Local Rule IA 3-1, and for good cause appearing, the court suspends Local Rule 7-2 and requires no further briefing of this motion.

The court has reviewed plaintiff's motion and finds it is without merit.

Plaintiff's non-discovery emergency motion (#137) is **DENIED.**

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:        /s/
            Deputy Clerk