UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HUSSEIN S. HUSSEIN,<br><br>        Plaintiffs,<br><br>v.<br><br>ADEL ERSEK; et al.,<br><br>        Defendants. | 3:07-cv-0056-LRH-VPC<br><br>ORDER |

      Before the court is plaintiff Hussein S. Hussein's ("Hussein") objection to the magistrate judge's December 2, 2009 order staying briefing on his motion to disqualify defense counsel (Doc. #143[1]). Doc. #148. Defendants filed a response (Doc. #157) to which Hussein replied (Doc. #171).

      Local Rule IB 3-1 authorizes a district judge to reconsider any pretrial matter referred to a magistrate judge pursuant to LR IB 1-3 where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

      Here, Hussein objects to the magistrate's order (Doc. #143) staying briefing on his motion to disqualify defense counsel (Doc. #137). Hussein argues that prior to the magistrate's order, he filed a motion to recuse the magistrate which divested the magistrate of authority to enter such an

---

[1] Refers to the court's docket entry number.

order.

The court finds that the magistrate's order was neither clearly erroneous nor contrary to law. While briefing was underway on Hussein's motion to disqualify defense counsel, he filed a motion to recuse the magistrate judge who would be hearing his motion (Doc. #139). The magistrate stayed briefing on Hussein's pending motion to disqualify until after the motion to recuse was addressed by the court. This order was not in error. Accordingly, the court shall affirm the magistrate's order.

IT IS THEREFORE ORDERED that plaintiff's objection to the magistrate judge's order (Doc. #148) is DENIED.

IT IS FURTHER ORDERED that the magistrate judge's order staying plaintiff's motion to disqualify defense counsel (Doc. #143) is AFFIRMED.

IT IS SO ORDERED.

DATED this 7th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE