UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HUSSEIN S. HUSSEIN,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ADEL ERSEK; et al.,<br><br>　　　　　Defendants. | 3:07-cv-0056-LRH-VPC<br><br>ORDER |

Before the court is plaintiff Hussein S. Hussein's ("Hussein") objection to the magistrate judge's order denying his motion for sanctions (Doc. #167[1]). Doc. 175. Defendants filed a response (Doc. #180) to which Hussein replied (Doc. #184).

Local Rule IB 3-1 authorizes a district judge to reconsider any pretrial matter referred to a magistrate judge pursuant to LR IB 1-3 where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. Here, Hussein objects to the magistrate's denial of his motion for sanctions (Doc. #90) arguing that the magistrate summarily dismissed his motion without directly referencing the evidence and legal authority in support. Doc. #175.

The court finds that Hussein has failed to show that the magistrate's order is either contrary to law or clearly erroneous. Hussein simply re-alleges his arguments for sanctions based upon

---

[1] Refers to the court's docket entry number.

1  defendants alleged fraudulent conduct which the magistrate discounted. Hussein has not shown to
2  this court that the magistrate's decision was in error. Further, the court finds that the magistrate
3  individually addressed and examined Hussein's arguments for sanctions and the reasons why his
4  arguments were without merit. Accordingly, the court shall affirm the magistrate judge's order.
5       IT IS THEREFORE ORDERED that plaintiff's objection to the magistrate judge's order
6  (Doc. #175) is DENIED.
7       IT IS FURTHER ORDERED that the magistrate judge's order denying plaintiff's motion
8  for sanctions (Doc. #167) is AFFIRMED.
9       IT IS SO ORDERED.
10      DATED this 7th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2