UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HUSSEIN S. HUSSEIN,<br><br>         Plaintiffs,<br><br>v.<br><br>ADEL ERSEK; et al.,<br><br>         Defendants. | 3:07-cv-0056-LRH-VPC<br><br>ORDER |

Before the court is plaintiff Hussein S. Hussein's ("Hussein") objection to the magistrate judge's order denying his motion for an order shortening time (Doc. #168[1]). Doc. 176. Defendants filed a response (Doc. #181) to which Hussein replied (Doc. #185).

Local Rule IB 3-1 authorizes a district judge to reconsider any pretrial matter referred to a magistrate judge pursuant to LR IB 1-3 where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

Here, Hussein objects to the magistrate's denial of his motion for an order shortening time (Doc. #128) arguing that court did not properly appreciate the emergency nature of his motion for sanctions (Doc. #127).

The court finds that Hussein has failed to show that the magistrate's order is either contrary

---

[1] Refers to the court's docket entry number.

1  to law or clearly erroneous. The magistrate denied Hussein's motion as moot because the motion
2  for sanctions which Hussein's motion for an order shortening time referred to had already been
3  addressed. There was no need for the court to consider the emergency nature of Hussein's motion at
4  that time. Accordingly, the court shall affirm the magistrate judge's order.

5      IT IS THEREFORE ORDERED that plaintiff's objection to the magistrate judge's order
6  (Doc. #176) is DENIED.

7      IT IS FURTHER ORDERED that the magistrate judge's order denying plaintiff's motion
8  for sanctions (Doc. #168) is AFFIRMED.

9      IT IS SO ORDERED.

10     DATED this 7th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE