UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HUSSEIN S. HUSSEIN,<br><br>     Plaintiffs,<br><br>v.<br><br>ADEL ERSEK; et al.,<br><br>     Defendants. | 3:07-cv-0056-LRH-VPC<br><br>ORDER |

Before the court is plaintiff Hussein S. Hussein's ("Hussein") objection to the magistrate judge's order denying his motion to disqualify defense counsel (Doc. #169[1]). Doc. #177. Defendants filed a response (Doc. #182) to which Hussein replied (Doc. #186).

Local Rule IB 3-1 authorizes a district judge to reconsider any pretrial matter referred to a magistrate judge pursuant to LR IB 1-3 where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. Here, Hussein objects to the magistrate's denial of his motion to disqualify defense counsel (Doc. #137) arguing that the order "did not allow that(sic) attorneys who act as bounty hunters in federal court be held responsible for their misconduct." Doc. #177.

The court finds that Hussein has failed to show that the magistrate's order is either contrary to law or clearly erroneous. Hussein does not point to any legal or factual error in the magistrate's

---

[1] Refers to the court's docket entry number.

1  order. Rather, he argues that the order was erroneous because his motion was inherently

2  meritorious. The court has reviewed the pleadings and papers on file in this matter and agrees with

3  the magistrate that Hussein's motion to disqualify defense counsel (Doc. #137) is without merit.

4  Accordingly, the court shall affirm the magistrate judge's order.

5      IT IS THEREFORE ORDERED that plaintiff's objection to the magistrate judge's order

6  (Doc. #177) is DENIED.

7      IT IS FURTHER ORDERED that the magistrate judge's order denying plaintiff's motion

8  for sanctions (Doc. #169) is AFFIRMED.

9      IT IS SO ORDERED.

10      DATED this 7th day of April, 2010.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2