UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HUSSEIN S. HUSSEIN,<br><br>        Plaintiffs,<br><br>v.<br><br>ADEL ERSEK; et al.,<br><br>        Defendants. | 3:07-cv-0056-LRH-VPC<br><br>ORDER |

    Before the court is plaintiff Hussein S. Hussein's ("Hussein") objection to the magistrate judge's order denying his motions for contempt and to comply with a subpoena duces tecum (Doc. #170[1]). Doc. 178.

    Local Rule IB 3-1 authorizes a district judge to reconsider any pretrial matter referred to a magistrate judge pursuant to LR IB 1-3 where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. Here, Hussein objects to the magistrate's denial of his motion for contempt (Doc. #146) and his motion to comply with a subpoena (Doc. #122) arguing that the Department of Veteran's Affairs ("DVA") failed to produce documents in accordance with his legitimately issued subpoena.

    The magistrate denied Hussein's motions finding that, as a *pro se* plaintiff, he was without

---

[1] Refers to the court's docket entry number.

authority to issue the subpoena without the court's endorsement. *See* Doc. #170; FED. R. CIV. P. 45(a)(3). This order was not in error. Hussein, as a *pro se* plaintiff must request approval from the court to issue subpoenas, particularly against individuals or corporations like the Department of Veteran's Affairs who are neither a party to, nor involved in, the present matter. Accordingly, the court finds that Hussein has failed to show that the magistrate's order is either contrary to law or clearly erroneous and therefore, the court shall affirm the magistrate judge's order.

IT IS THEREFORE ORDERED that plaintiff's objection to the magistrate judge's order (Doc. #178) is DENIED.

IT IS FURTHER ORDERED that the magistrate judge's order denying plaintiff's motion for sanctions (Doc. #170) is AFFIRMED.

IT IS SO ORDERED.

DATED this 7th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE