1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HUSSEIN S. HUSSEIN,                                    3:07-CV-56 LRH (VPC)

                        Plaintiff,

v.

ADEL ERSEK, et al.,

                        Defendants.

**ORDER**

Presently before the court is plaintiff Hussein S. Hussein's request to post his proposed reply (Doc. #904 in 3:04-cv-00455-JCM-GWF) to defendants' response (Doc. #222 in 3:07-cv-00056-LRH-VPC) to plaintiff's emergency motion for disqualification of the district judge (Doc. #218 in 3:07-cv-00056-LRH-VPC).

The court recently held that plaintiff is required to "obtain leave of this court to file any future pleadings or other documents in the United States District Court." (Doc. #878 in 3:04-cv-00455-JCM-GWF). Plaintiff has complied with this order by filing a copy of his proposed reply in support of his emergency motion. In the interest of preserving plaintiff's due process rights, the court orders that the reply be posted on the docket.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Hussein S. Hussein's request to post his proposed reply (Doc. #904 in 3:04-cv-00455-JCM-GWF) to defendants' response (Doc. #222 in 3:07-cv-00056-LRH-VPC) to plaintiff's emergency motion for recusal of district judge (Doc. #218 in 3:07-cv-00056-LRH-VPC) be GRANTED.

IT IS FURTHER ORDERED that the clerk of the court file Hussein S. Hussein's reply (Doc.

**James C. Mahan**
**U.S. District Judge**

1  #904-2 in 3:04-cv-00455-JCM-GWF) to defendants' response (Doc. #222 in 3:07-cv-00056-LRH-

2  VPC) to plaintiff's emergency motion for recusal of district judge (Doc. #218 in 3:07-cv-00056-

3  LRH-VPC).

4          DATED August 27, 2010.

5

6                                          _____

7                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28